IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| In re: <br><br> **The Thaxton Group, Inc.** <br> **Securities Litigation** <br> _____ <br> Earle B. Gregory, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Finova Capital Corporation; et al., <br><br> Defendants. | C/A No.: 8:04-2612-GRA <br><br> ORDER <br><br> [Written Opinion] |

This matter comes before the Court pursuant to Plaintiffs' Motion for Sanctions against Defendant Finova filed June 10, 2005 and Plaintiffs' Motion to Withdraw Motions for Sanctions filed June 16, 2005.

THEREFORE, Plaintiffs' Motion to Withdraw Motions for Sanctions is hereby granted and Plaintiffs' Motion for Sanctions is hereby dismissed without prejudice.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina.

June 17, 2005

1