**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION**

| | | |
|---|---|---|
| Re: | ) | |
| | ) | |
| THE THAXTON GROUP, INC. | ) | Case No. 8:04-2612-13 |
| SECURITIES LITIGATION | ) | |
| | ) | |
| Charles Shope and Penelope Shope, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| FINOVA Capital Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on motion by counsel for the above-named Plaintiffs Charles and Penelope Shope for an Order imposing disciplinary action against attorneys Gilbert S. Bagnell and Chad A. McGowan. At the hearing before this Court on Friday, April 21, 2006, the Court ordered counsel for the Plaintiffs to submit affidavits from the Plaintiffs in support of this matter and file a copy of the retainer agreement in support of counsel's special appearance. Counsel for the above-named Plaintiffs have failed to provide the affidavits and retainer agreement that this Court requested. Therefore Plaintiff's motion for disciplinary action against attorneys Gilbert S. Bagnell and Chad A. McGowan is dismissed.

IT IS THEREFORE ORDERED that Plaintiff's motion for disciplinary action against attorneys Gilbert S. Bagnell and Chad A. McGowan be DISMISSED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

May 22, 2006